UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

ALISIA M PRINCE                                    CASE NO. 20-10293
281 CANARY PL APT 103                              JUDGE BENJAMIN A. KAHN
BURLINGTON, NC  27215

        DEBTOR

SSN(1) XXX-XX-4910                                 DATE:  12/15/2020

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE COUNTY TAX | $0.00 | (P) PRIORITY |
| 124 W ELM STREET | INT:  .00% | NOT FILED |
| GRAHAM, NC  27253 | NAME ID:  2794 | ACCT: |
| | CLAIM #:  0001 | COMMENT: |
| CITIBANK NA | $1,263.21 | (U) UNSECURED |
| 6716 GRADE LN BLG 9 STE 910 | INT:  .00% | |
| PY DEPT | NAME ID:  174688 | ACCT:  3756 |
| LOUISVILLE, KY  40213 | CLAIM #:  0010 | COMMENT: |
| CITY OF BURLINGTON | $0.00 | (P) PRIORITY |
| TAX COLLECTOR | INT:  .00% | NOT FILED |
| P O BOX 1358 | NAME ID:  2914 | ACCT: |
| BURLINGTON, NC  27216 | CLAIM #:  0002 | COMMENT: |
| COMENITY BANK | $0.00 | (U) UNSECURED |
| P O BOX 183043 | INT:  .00% | NOT FILED |
| COLUMBUS, OH  43218 | NAME ID:  147712 | ACCT:  0537 |
| | CLAIM #:  0016 | COMMENT: |
| CUBESMART LP | $0.00 | (U) UNSECURED |
| ATTN OFFICER/MANAGING AGENT | INT:  .00% | NOT FILED |
| 1209 ORANGE ST | NAME ID:  181725 | ACCT: |
| WILMINGTON, DE  19801 | CLAIM #:  0017 | COMMENT: |
| ESL FEDERAL CREDIT UNION | $0.00 | (S) SECURED |
| 225 CHESTNUT STREET | INT:  .00% | SURRENDERED |
| ROCHESTER, NY  14604 | NAME ID:  141075 | ACCT:  9419 |
| | CLAIM #:  0006 | COMMENT:  18FORD,REL |
| FIRST POINT RESOURCES | $0.00 | (U) UNSECURED |
| P O BOX 26140 | INT:  .00% | NOT FILED |
| GREENSBORO, NC  27402 | NAME ID:  38570 | ACCT: |
| | CLAIM #:  0025 | COMMENT: |
| HOME DEPOT CREDIT SERVICES | $0.00 | (U) UNSECURED |
| P O BOX 790328 | INT:  .00% | NOT FILED |
| ST LOUIS, MO  63179 | NAME ID:  133206 | ACCT:  6464 |
| | CLAIM #:  0018 | COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10293

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4910<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>NATIONAL BANKRUPTCY DEPT<br>P O BOX 901032<br>FORT WORTH, TX  76101-2032 | $0.00<br>INT: .00%<br>NAME ID: 152065<br>CLAIM #: 0008 | (U) UNSECURED<br>DIRECT PAY<br>ACCT: 1036<br>COMMENT: SUBARU,OC,LSE,DIR |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $6,338.31<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 4775<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $9,204.06<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 8333<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $2,000.44<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 2434<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $4,215.71<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 4458<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0005 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4910<br>COMMENT: |
| NC DIVISION OF EMPLOYMENT SECURITY<br>P O BOX 25903<br>RALEIGH, NC  27611-5903 | $0.00<br>INT: .00%<br>NAME ID: 162954<br>CLAIM #: 0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NY STATE DEPT OF TAXATION<br>BANKRUPTCY SPECIAL PROC<br>P O BOX 5300<br>ALBANY, NY  12205-0300 | $0.00<br>INT: .00%<br>NAME ID: 20264<br>CLAIM #: 0004 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $3,394.55<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 2123<br>COMMENT: 920A |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $1,706.44<br>INT: .00%<br>NAME ID: 142764<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 8501<br>COMMENT: |
| SEARS<br>P O BOX 6282<br>SIOUX FALLS, SD  57117 | $0.00<br>INT: .00%<br>NAME ID: 53260<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3962<br>COMMENT: |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10293

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPT<br>P O BOX 965060<br>ORLANDO, FL  32896-5060 | $0.00<br>INT:  .00%<br>NAME ID: 171620<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6816<br>COMMENT: QVC |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPT<br>P O BOX 965060<br>ORLANDO, FL  32896-5060 | $0.00<br>INT:  .00%<br>NAME ID: 171620<br>CLAIM #: 0021 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2751<br>COMMENT: PAYPAL |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $1,161.39<br>INT:  .00%<br>NAME ID: 161980<br>CLAIM #: 0027 | (U) UNSECURED<br><br>ACCT: 8682<br>COMMENT: AMAZON |
| US BANK<br>P O BOX 2188<br>OSHKOSH, WI  54903-2188 | $0.00<br>INT:  .00%<br>NAME ID: 63144<br>CLAIM #: 0007 | (S) SECURED<br>NOT FILED<br>ACCT: 3062<br>COMMENT: OC |
| USAA CREDIT CARD SERVICES<br>P O BOX 65020<br>SAN ANTONIO, TX  78265-5020 | $0.00<br>INT:  .00%<br>NAME ID: 159714<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9805<br>COMMENT: |
| USAA FEDERAL SAVINGS BANK<br>% WEINSTEIN & RILEY PS<br>P O BOX 3978<br>SEATTLE, WA  98124-3978 | $28,417.20<br>INT:  .00%<br>NAME ID: 51868<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 3717<br>COMMENT: 620A |
| VERIZON<br>BY AMERICAN INFOSOURCE<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $196.18<br>INT:  .00%<br>NAME ID: 176218<br>CLAIM #: 0026 | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| **TOTAL:** | **$57,897.49** | |
| TOMMY S BLALOCK III ESQ<br>BLALOCK LAW OFFICES PA<br>620 GREEN VALLEY RD STE 209<br>GREENSBORO, NC  27408 | $4,200.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 4  -  CHAPTER 13 CASE NO. 20-10293

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  12/15/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice